# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLIFFORD BROWN, JR.

NO. 2021 KW 1041

OCT 1 2 2021

---

In Re:    Clifford Brown, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 807,872.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for release, the State's answer, if any, the district court's ruling, the bill of information, all pertinent minute entries and/or transcripts, and any other relevant documents that would assist with addressing his claim. Therefore, this court cannot adequately review relator's claim that he is entitled to be released in accordance with La. Code Crim. P. art. 701(D).

Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In the event relator elects to file a new application with this court, the application must be filed on or before December 7, 2021.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT